## STATE OF MAINE *vs.* CHARLES F. BRANN.

Kennebec County. Decided August 23, 1912. This is a search and seizure process, issued under section 49, chapter 29, R. S., upon which the respondent was found guilty in the lower court and took the case, by appeal, to the Superior Court for Kennebec County, in which court he filed a demurrer to the complaint and warrant. The demurrer was overruled, and the respondent brings the case to this court upon exceptions to the overruling of the demurrer. Exceptions sustained. Demurrer sustained. *Joseph Williamson,* County Attorney, for State. W. H. Fisher, for defendant.